UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 10-10943-RWZ

OAHN NGUYEN CHUNG, *et al.*

v.

STUDENTCITY.COM, INC.

ORDER

February 19, 2014

ZOBEL, D.J.

    Plaintiffs have moved to compel defendants to provide discovery.  In its previous order the court allowed the parties to conduct discovery limited to certain issues raised by defendant's motion for summary judgment.  They include (1) representations made to the plaintiffs, both, participants and their parents, concerning the safety of participants; (2) investigations defendant undertook of the entities engaged for particular activities and of any brokers or agents who assisted the selection of such entities; (3) defendant's knowledge of the qualifications of the owners and crew of the vessel in issue; and (4) any other information that bears on defendant's duty, if any, to ensure participants' safety and how they performed that duty.

    While plaintiffs' requests are over broad, defendant's response so far is less generous than the rules contemplate.  Accordingly, plaintiffs' motion to compel is allowed to the extent dictated by the issues delineated above, but the discovery shall be limited to a period of no more than two years preceding the accident.

|    February 19, 2014    |    /s/Rya W. Zobel    |
|:---:|:---:|
| DATE | RYA W. ZOBEL |

UNITED STATES DISTRICT JUDGE