**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

 **OAHN NGUYEN CHUNG ET AL**
                    **Plaintiff**

                                              **CA 10CV10943-RWZ**

              **V.**

 **STUDENTCITY.COM., INC.**
                    **Defendant**

 **JUDGMENT**

 **ZOBEL, D. J.**

 In accordance with the ORDER  entered on 5/17/16 ; Judgment is entered
for DEFENDANT.

                                              **By the Court,**

   **5/17/16**                                      **s/ Lisa A. Urso**
**Date**                                              **Deputy Clerk**