UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS


CIVIL ACTION NO. 10-10943-RWZ


OAHN NGUYEN CHUNG,
Individually and as Administratrix of the Estate of LISA TAM CHUNG,
and LIEM CHUNG

v.

STUDENTCITY.COM, INC., d/b/a GRADCITY.COM,
d/b/a SPRINGBREAKDISCOUNTS.COM, d/b/a LEISURETOURS,
d/b/a SUN COAST VACATIONS, d/b/a SPRING BREAK TRAVEL


ORDER

April 5, 2018

ZOBEL, S.D.J.

     Following a February 21, 2018, hearing on plaintiffs' motion to compel, plaintiffs moved the court to set a definitive date for defendant's compliance with this court's verbal discovery order.  (Docket ## 96, 97).  The list of staff and students present on the tour for each day, promised within weeks of the February hearing, shall be produced forthwith.  The remainder of the requested — and subsequently ordered — discovery shall be fulsomely produced to plaintiffs by April 30, 2018.  Pursuant to plaintiffs' unopposed request in light of these delays, fact discovery is extended to July 15, 2018.

     Styling what is in substance a dispositive motion as one intended to streamline discovery, defendant has further moved for determination on the applicability of the Death on the High Seas Act, 46 U.S.C. § 30301 *et seq.*  (Docket # 105).  Plaintiffs filed

an opposition (Docket # 108), and are entitled to discovery before briefing on dispositive motions begins anew.

In sum, Docket ## 96, 97, and 107 are ALLOWED. Docket # 105 is DENIED WITHOUT PREJUDICE. The court will hold a status and further scheduling conference on July 17, 2018, at 2:00 p.m.

|     April 5, 2018     |           /s/Rya W. Zobel     |
|---|---|
| DATE | RYA W. ZOBEL<br>SENIOR UNITED STATES DISTRICT JUDGE |