IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| OAHN NGUYEN CHUNG, Individually and as Administratrix of the ESTATE OF LISA TAM CHUNG; LIEM CHUNG; LOREN DAILEY; OLLIE DAILEY; and PATRICIA DAILEY<br><br>Plaintiffs,<br>v.<br><br>STUDENTCITY.COM, INC., d/b/a GRADCITY.COM, d/b/a SPRINGBREAKDISCOUNTS.COM, d/b/a LEISURE TOURS, d/b/a SUN COAST VACATIONS, d/b/a SPRING BREAK TRAVEL,<br>Defendant. | Civil Action No.: 1:10-CV-10943-RWZ |

## STIPULATION OF DISMISSAL

The plaintiffs, Oahn Nguyen Chung, Individually and as Administratrix of the Estate of Lisa Tam Chung, Liem Chung, Loren Dailey, Ollie Dailey and Patricia Dailey, and the defendant, StudentCity.com, Inc., by and through their undersigned counsel, hereby stipulate and agree that pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), this matter is hereby dismissed in its entirety with prejudice and without costs.

DATED: February 11, 2019

                                                Respectfully submitted,
                                                By:

                                                /s/ Joseph P. Musacchio
                                                Anthony Tarricone (BBO #492480)
                                                Joseph P. Musacchio (BBO #356270)
                                                KREINDLER & KREINDLER LLP
                                                855 Boylston Street, Suite 1101
                                                Boston, MA  02116
                                                Tel:  (617) 424-9100

Fax: (617) 424-9120
Email: atarricone@kreindler.com

*Attorneys for the Plaintiffs,
Oahn Nguyen Chung, Individually and as Administratrix of the Estate of Lisa Tam Chung, Liem Chung, Loren Dailey, Ollie Dailey and Patricia Dailey*

    -and-

By:

/s/ Rodney E. Gould
Rodney E. Gould (BBO #205420)
SMITH DUGGAN BUELL & RUFO LLP
55 Old Bedford Road, Suite 300
Lincoln, MA 01773-1125
Tel: (617) 228-4443
Fax: (781) 259-1112
Email: rgould@smithduggan.com

*Attorneys for the Defendant
StudentCity.com, Inc.*

## CERTIFICATE OF SERVICE

I certify that this stipulation of dismissal was served on all parties via this Court's ECF filing system this 11th day of February, 2019.

    /s/ Joseph P. Musacchio